**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 5, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-31066
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDUARDO TORRES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3-CR-30034-1
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Eduardo Torres appeals from an order of the district court revoking a magistrate judge's order of release pending trial. The evidence as a whole supports the district court's conclusion that no conditions of release exist that would reasonably assure the safety of the community were Torres to be released pending trial.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992); 18 U.S.C. § 3142(e) and (g).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment of the district court is AFFIRMED.  The Government's motion to supplement the record is DENIED as unnecessary.